George F. Avery, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Max Bilcovitch, Respondent, v. The Binghamton Press Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. All concurred.

Bellis & Klein, Respondent, v. National Fire Insurance Company of Hartford, Appellant.— Judgment unanimously affirmed, with costs.

Effie Brown, Respondent, v. Edward Crossman and Others, Appellants, Impleaded with Allie K. Feek and Others.— Judgment unanimously affirmed, with costs.

Linus M. Barnum, Respondent, v. Fred Lettis, Appellant.— Judgment unanimously affirmed, with costs.

Frederick Bardes and Barbara Bardes, Respondents, v. James Kinkade, Appellant.— Judgment unanimously affirmed, with costs.

Girolamo Conte, Respondent, v. John Frost, Appellant.— Judgment and order unanimously affirmed, with costs.

Hugh H. Cobb, Appellant, v. The Syracuse, Binghamton and New York Railroad Company, Respondent.— Judgment unanimously affirmed, with costs.

Arthur M. Cole, as Receiver of the Northwestern Mutual Fire Insurance Company of Onondaga County, Appellant, v. John J. Dana, Respondent.— Judgment of County Court unanimously affirmed, with costs.

Arthur W. Cook, Appellant, v. Thomas O. Taylor, as Administrator, etc., of Elizabeth D. Taylor, Deceased, Respondent.— Judgment unanimously affirmed, with costs.

Michael J. Doonan, Respondent, v. The J. W. Bishop Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $10,000, in which case judgment, as so modified, and order unanimously affirmed, without costs. All concurred.

Katherine C. Dealy, Respondent, v. Solomon Holzheimer and P. Dater Shaul, Doing Business as a Copartnership under the Firm Name and Style of "Holzheimer and Shaul," Appellants.— Judgment affirmed, with costs. All concurred, except Sewell, J., dissenting.